DWIGHT M. SAMUEL (CA BAR# 054486)
A PROFESSIONAL CORPORATION
117 J Street, Suite 202
Sacramento, California 95814
916-447-1193

Attorney for Defendant
MARIO HERNANDEZ-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO HERNANDEZ-GARCIA,<br><br>Defendants. | Case No.:  12-cr-392 JAM<br><br>NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENT AND ORDER |

TO: THE HONORABLE JOHN A. MENDEZ, UNITED STATES DISTRICT COURT JUDGE:

Defendant, Mario Hernandez-Garcia, by his court-appointed attorney, Dwight M. Samuel, hereby request for an order permitting counsel to file a psychiatric evaluation of defendant conducted by Dr. Christopher Heard <u>under seal</u>.

The psychiatric evaluation contains personal information and private material concerning Mario Hernandez-Garcia's mental state and should not be filed in the public record. It is for this reason that counsel requests that the Sentencing Memorandum be filed under seal.

//

//

1

The United States Attorney will be permitted to have access to this document.

                                              Respectfully submitted,

Dated: September 12, 2013

                                    */s/ Dwight M. Samuel*
                                    Dwight M Samuel
                                    Attorney for Defendant
                                    MARIO HERNANDEZ-GARCIA

## **ORDER**

Good cause appearing,

IT IS SO ORDERED that the psychiatric evaluation be filed under seal.

DATED:  9/13/2013

                                    /s/ John A. Mendez_____
                                    Judge John A. Mendez
                                    United States District Court Judge