DWIGHT M. SAMUEL  CA BAR #054486
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193, DwightSamuelAtty@Yahoo.com

Attorney for Defendant
MARIO HERNANDEZ-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v <br><br> MARIO HERNANDEZ-GARCIA, <br><br> Defendant. | No.:12-CR-392 JAM <br><br> STIPULATION AND ORDER REGARDING COMPETENCY |

    It is hereby stipulated between defendant Mario Hernandez-Garcia through his undersigned counsel Dwight M. Samuel, and the Assistant United States Attorney, Jill Thomas, that after being provided a copy of Dr. Christopher Heard's report:

    1. Dr. Heard's report supports defense counsel's doubt as to the competency of his client and;

    2. Dr. Heard's report may be used in place of the normal court ordered report if the court so chooses;

    3. It is further stipulated that Dr. Heard's report meets the requirements set forth in 18 U.S.C. § 4247(c).

//
//
//

1    So stipulated,

3  Dated: September 10, 2013                          */s/ Dwight M. Samuel*
4                                                     Dwight M Samuel
                                                      Attorney for Defendant
                                                      MARIO HERNANDEZ-GARCIA

6  Dated: September 10, 2013                          */s/*
                                                      Assistant U.S. Attorney
7                                                     Jill Thomas

11       IT IS SO ORDERED.

13  DATED: 9/13/2013                                  /s/ John A. Mendez
                                                      Hon. John A. Mendez
14                                                    United States District Court Judge