BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO HERNANDEZ GARCIA,<br><br>Defendant. | CASE NO. 2:12-CR-392 JAM<br><br>ORDER FINDING THE DEFENDANT MENTALLY INCOMPETENT TO STAND TRIAL UNDER 18 U.S.C. § 4241(d) AND COMMITTING THE DEFENDANT TO THE CUSTODY OF THE ATTORNEY GENERAL |

**ORDER**

This matter was initially before the Court on September 24, 2013, on the issue of the defendant's competency to stand trial. Defense counsel filed documents under seal including Dr. Heard's psychological examination pursuant to 18 U.S.C. § 4247 in support of a request for a finding of mental incompetence. C.R. 115-120; 122-125. After review of the filed documents and with no objection by the government, the Court, pursuant to 18 U.S.C. § 4241 et. al., found by a preponderance of the evidence that the defendant is presently suffering a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense. Before proceeding further, the Court inquired of the parties as to the next steps in the process, legal interpretation of the statute, and judicial authority to dismiss the indictment. The parties filed a stipulation and order related to the Court's inquiries and the Court signed the order. C.R. 127-8. Accordingly, the Court hereby further ORDERS that:

1. The defendant is committed to the custody of the Attorney General for treatment in a suitable facility for such a reasonable time, not to exceed four months, as is necessary to determine whether there is a substantial probability that the defendant will attain capacity to permit the proceedings to go forward;

2. The director of such facility shall submit a report regarding the defendant's competency to counsel and the Court within 30 days after treatment is completed;

3. Time is excluded from the Speedy Trial Act calculation from September 24, 2013 through the period of treatment completion pursuant to 18 U.S.C. § 3161(h)(1)(A) (Local Code A) and/or through the period of mental incompetence pursuant to 18 U.S.C. § 3161(h)(4) (Local Code N).

4. This matter is set for a status conference for December 10, 2013 at 9:45 a.m.

DATED: __10/11/2013___                    /s/ John A. Mendez_____

                                          HONORABLE JOHN A. MENDEZ
                                          United States District Court Judge