1   DWIGHT M. SAMUEL (CA SB# 054486)
    A Professional Corporation
2   117 J Street, Suite 202
    Sacramento, California 95814-2282
3   DwightSamuelAtty@Yahoo.com
    (916) 447-1193
4

5   Attorney for Defendant
    MARIO HERNANDEZ-GARCIA
6

7

8

9                           UNITED STATES DISTRICT COURT

10                          EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,            No.  12-CR-392 JAM

13          Plaintiff,                   **STIPULATION AND ORDER FOR
                                         CONTINUANCE OF STATUS
14      v.                               CONFERENCE**

15  MARIO HERNANDEZ-GARCIA,

16          Defendant.

17

18      IT IS HEREBY stipulated between the United States of America through its undersigned

19  counsel, Assistant United States Attorney Jill Thomas, and defendant Mario Hernandez-Garcia

20  through his undersigned counsel Dwight Samuel, that the previously scheduled status conference

21  date of December 10, 2013, be vacated and the matter set for status conference on February 11,

22  2014.

23      The reason for this request is that Mr. Hernandez-Garcia will not be available to attend the

24  present court hearing. Counsel has been advised by the Federal Marshal that the defendant is

25  presently in Butner FCI in North Carolina. The Federal Marshal's office also advises that there is no

26  notice to them that the defendant is ready for return. Based upon the time of counsel's inquiry and

27  the present date set for status the Federal Marshal's office advises counsel that the defendant the

28  defendant would not be available for court on the date of December 10,2013.

                                            1

1  The parties further agree and stipulate that the time period from the filing of this stipulation

2  until February 11, 2013, should be excluded in computing time for commencement of trial under the

3  Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and "delay

4  resulting from the fact that the defendant is mentally incompetent or physically unable to stand trial,

5  pursuant to 18 U.S.C. § 3161(h)(4), to allow continuity of counsel and to allow reasonable time

6  necessary for effective defense preparation. In addition since  It is further agreed and stipulated that

7  the ends of justice served in granting the request outweigh the best interests of the public and the

8  defendant in a speedy trial.

9  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

10

11  So stipulated,

12

13  Date: December 5, 2013                    _____*/s/ Dwight M. Samuel*__
                                             Dwight M. Samuel
14                                           Attorney for Defendant
                                             MARIO HERNANDEZ-GARCIA
15

16  Date: December 5, 2013                    ___*/s/*_____
                                             Assistant U.S. Attorney
17                                           Jill Thomas

18

19

20

21

22

23

24

25

26

27

28

1

2

**ORDER**

3
      The Court, having received, read, and considered the stipulation of the parties, and good

4
cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court

5
finds that the ends of justice to be served by granting the requested continuance outweigh the best

6
interests of the public and the defendants in a speedy trial.

7
      The Court orders that the time from the date of the parties' stipulation, December 4, 2013, to

8
and including February 11, 2014, shall be excluded from computation of time within which the trial

9
of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

10
and (B) (iv), and "delay resulting from the fact that the defendant is mentally incompetent or

11
physically unable to stand trial, pursuant to 18 U.S.C. § 3161(h)(4). It is further ordered that the

12
December 10, 2013, status conference shall be continued to February 11, 2014, at 9:00 a.m.

13

14

15
IT IS SO ORDERED.

16

17

18
DATED:   12/5/2013

/s/ John A. Mendez_____

19
Honorable Judge John A. Mendez
United States District Court Judge

20

21

22

23

24

25

26

27

28