DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelAtty@Yahoo.com
(916) 447-1193

Attorney for Defendant
MARIO HERNANDEZ-GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MARIO HERNANDEZ-GARCIA,<br><br>          Defendant. | No. 12-CR-392 JAM<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE** |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney Jill Thomas, and defendant Mario Hernandez-Garcia through his undersigned counsel Dwight Samuel, that the previously scheduled status conference date of February 11, 2014, be vacated and the matter set for status conference on March 11, 2014 at 9:45 a.m.

    The reason for this request is that Mr. Hernandez-Garcia will not be available to attend the present court hearing. Counsel has been advised by the Federal Marshal that the defendant is presently in Butner FCI in North Carolina. The Federal Marshal's office also advises that there is no notice to them that the defendant is ready for return. Based upon the time of counsel's inquiry and the present date set for status the Federal Marshal's office advises counsel that the defendant the defendant would not be available for court on the date of February 11, 2014.

1

Starting Jan 3 through the 6th I have exhanged multiple emails and on the 6th of January 2014 I supplied Dr. Herbel with requested documents. I, at that time, made inquirey as to when to expect the report and have not gotten a response.

The parties further agree and stipulate that the time period from the filing of this stipulation until March 11, 2014, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and "delay resulting from the fact that the defendant is mentally incompetent or physically unable to stand trial, pursuant to 18 U.S.C. § 3161(h)(4), to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. In addition since It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

So stipulated,

Date: February 6, 2014                              */s/ Dwight M. Samuel*
                                                    Dwight M. Samuel
                                                    Attorney for Defendant
                                                    MARIO HERNANDEZ-GARCIA

Date: February 6, 2014                              */s/*_____
                                                    Assistant U.S. Attorney
                                                    Jill Thomas

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, February 11, 2014, to and including March 11, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (iv), and "delay resulting from the fact that the defendant is mentally incompetent or physically unable to stand trial, pursuant to 18 U.S.C. § 3161(h)(4). It is further ordered that the December 10, 2013, status conference shall be continued to March 11, 2014, at 9:00 a.m.

IT IS SO ORDERED.

DATED: 2/7/2014                                          /s/ John A. Mendez_____
                                                         Honorable Judge John A. Mendez
                                                         United States District Judge