DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelAtty@Yahoo.com
(916) 447-1193

Attorney for Defendant
MARIO HERNANDEZ-GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARIO HERNANDEZ-GARCIA,<br><br>　　　　　　Defendant. | No.  12-CR-392 JAM<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE** |

　　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney Jill Thomas, and defendant Mario Hernandez-Garcia through his undersigned counsel Dwight Samuel, that the previously scheduled status conference date of March 11,2014, be vacated and the matter set for status conference on May 13, 2014 at 9:45 a.m.

　　　　The reason for this request is that Mr. Hernandez-Garcia will not be available to attend the present court hearing. Counsel has been advised that Mr. Mario Hernandez-Garcia is presently undergoing evaluation in Butner.  Based upon a recent letter the defendant's evaluation won't be completed until 3/31/14 and the report won't be available for 14 days thereafter. Due to transportation issues, timelyness of the report and it's availablity, and preparation of counsel. This matter needs to be reset.

1

The parties further agree and stipulate that the time period from the filing of this stipulation until May 13, 2014, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and "delay resulting from the fact that the defendant is mentally incompetent or physically unable to stand trial, pursuant to 18 U.S.C. § 3161(h)(4), to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. In addition since  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

So stipulated,

Date: February 21, 2014                                         /s/ Dwight M. Samuel
                                                                Dwight M. Samuel
                                                                Attorney for Defendant
                                                                MARIO HERNANDEZ-GARCIA

Date: February 21, 2014                                    /s/_____
                                                                Assistant U.S. Attorney
                                                                Jill Thomas

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, February 21, 2014, to and including May 13, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (iv), and "delay resulting from the fact that the defendant is mentally incompetent or physically unable to stand trial, pursuant to 18 U.S.C. § 3161(h)(4). It is further ordered that the March 11, 2014, status conference shall be continued to May 13, 2014, at 9:45 a.m.

IT IS SO ORDERED.

DATED:  2/24/2014                              /s/ John A. Mendez_____
                                               Honorable Judge John A. Mendez
                                               United States District Court Judge