DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelAtty@Yahoo.com
(916) 447-1193

Attorney for Defendant
MARIO HERNANDEZ-GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 12-CR-392 JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE** |
| v. | |
| MARIO HERNANDEZ-GARCIA, | |
| Defendant. | |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney Jill Thomas, and defendant Mario Hernandez-Garcia through his undersigned counsel Dwight Samuel, that the previously scheduled status conference date of May 13, 2014, be vacated and the matter set for status conference on June 10, 2014.

    The reason for this request is that counsel has recently recieved the certificate of competnecy along with a letter supporting the certification. Counsel has requested discovery from Butner of all raw materials, telephone calls, personel notes. This production of materials will take some time. A review of the foundational materials of the Butner competency determination must be undertaken by counsel to insure the accuracy of the determination. Upon reciept of the materials counsel will meet with the defense expert to determine the appropriate approach.

    The parties further agree and stipulate that the time period from the filing of this stipulation

1

until June 10, 2014, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and "delay resulting from the fact that the defendant is mentally incompetent or physically unable to stand trial, pursuant to 18 U.S.C. § 3161(h)(4), to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.

It is further agreed and stipulated that the ends of justice are served in granting the request and that the continuance outweighs the best interests of the public and the defendant in a speedy trial in that the continuance will permit counsel to prepare based upon newly anticipated discovery from persuant to local code T4, preparation of counsel.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

So stipulated,

Date: May 9, 2014                              */s/ Dwight M. Samuel*
                                               Dwight M. Samuel
                                               Attorney for Defendant
                                               MARIO HERNANDEZ-GARCIA

Date: May 9, 2014                              */s/ Jill Thomas*
                                               Assistant U.S. Attorney
                                               Jill Thomas

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, May 13, 2014, to and including June 10, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and "delay resulting from the fact that the defendant is mentally incompetent or physically unable to stand trial, pursuant to 18 U.S.C. § 3161(h)(4). It is further ordered that the May 13, 2014, status conference shall be continued to June 10, 2014, at 9:00 a.m.

IT IS SO ORDERED.

DATED: May 9, 2014                         /s/ JOHN A. MENDEZ
                                           _____
                                           Honorable Judge John A. Mendez
                                           United States District Judge