DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelAtty@Yahoo.com
(916) 447-1193

Attorney for Defendant
MARIO HERNANDEZ-GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  12-CR-392 JAM |
| Plaintiff, | **STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE** |
| v. | |
| MARIO HERNANDEZ-GARCIA, | |
| Defendant. | |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney Jill Thomas, and defendant Mario Hernandez-Garcia through his undersigned counsel Dwight Samuel, that the previously scheduled status conference date of June 10, 2014, be vacated and the matter set for status conference on September 9, 2014.

   The reason for this request is that counsel has recently recieved the certificate of competnecy along with a letter supporting the certification. Counsel has requested discovery from Butner of all raw materials, telephone calls, personel notes. In a response to counsel's request, DOJ, on May 28, 2014, has advise the following: To obtain all notes and files from my clients stay at Butner I must provide them a release from my client which I have obtained and will be forwarding by mail. To obtain phone calls, which allegedly are a part of the foundation for the certificate of competency, I must obtain the consent of the other party on the call and obtain a court ordered SDT. Finally, all raw

data from tests will be conveyed to my expert but not to me. I have provided the appropriate information for that transmittal. This production of materials will take some time. A review of the foundational materials of the Butner competency determination must be undertaken by counsel and one or more experts to insure the accuracy or refute the accuracy of the determination. Upon reciept of the materials counsel will meet with the defense experts to determine the appropriate approach.

The parties further agree and stipulate that the time period from the filing of this stipulation until September 9, 2014, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and "delay resulting from the fact that the defendant is mentally incompetent or physically unable to stand trial, pursuant to 18 U.S.C. § 3161(h)(4), to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.

It is further agreed and stipulated that the ends of justice are served in granting the request and that the continuance outweighs the best interests of the public and the defendant in a speedy trial in that the continuance will permit counsel to prepare based upon newly anticipated discovery from persuant to local code T4, preparation of counsel.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

So stipulated,

Date: June 5, 2014                    */s/ Dwight M. Samuel*
                                      Dwight M. Samuel
                                      Attorney for Defendant
                                      MARIO HERNANDEZ-GARCIA

Date: June 5, 2014                    /s/_____
                                      Assistant U.S. Attorney
                                      Jill Thomas

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, June 5, 2014, to and including September 9, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (iv), and "delay resulting from the fact that the defendant is mentally incompetent or physically unable to stand trial, pursuant to 18 U.S.C. § 3161(h)(4). It is further ordered that the June 10, 2014, status conference shall be continued to September 9, 2014, at 9:30 a.m.

IT IS SO ORDERED.

DATED: 6/5/2014

/s/ John A. Mendez_____
Honorable Judge John A. Mendez
United States District Court Judge