DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelAtty@Yahoo.com
(916) 447-1193

Attorney for Defendant
MARIO HERNANDEZ-GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-CR-392 JAM |
| Plaintiff, | |
| v. | AMENDED **STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE** |
| MARIO HERNANDEZ-GARCIA, | |
| Defendant. | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney Jill Thomas, and defendant Mario Hernandez-Garcia through his undersigned counsel Dwight Samuel, that the previously scheduled status conference date of September 9, 2014, be vacated and the matter set for status conference on October 7, 2014 at 9:30 am.

The reason for this request is that the Court has recieved the certificate of competnecy along with a letter supporting the certification. Counsel has requested discovery from Butner of all raw materials, telephone calls, personel notes. To date counsel has recieved materials but, all raw data from tests are required to be conveyed to my expert but not to me. I conveyed the correct information of my then expert Dr. Chris Heard. Dr. Heard has since died. Subsquently I requested Barbara E.

McDermott, Ph.D.to assist me in retesting for IQ test as well as test for competence. To date I have not recieved a report from Barbara E. McDermott, Ph.D.

The parties further agree and stipulate that the time period from the filing of this stipulation  until October 7, 2014, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and "delay resulting from the fact that the defendant is mentally incompetent or physically unable to stand trial, pursuant to 18 U.S.C. § 3161(h)(4), to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.

It is further agreed and stipulated that the ends of justice are served in granting the request and that the continuance outweighs the best interests of the public and the defendant in a speedy trial in that the continuance will permit counsel to prepare based upon newly anticipated discovery from persuant to local code T4, preparation of counsel.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation. So stipulated,


Date: September 4, 2014                          _/s/ Dwight M. Samuel__

                                                Dwight M. Samuel

                                                Attorney for Defendant

                                                MARIO HERNANDEZ-GARCIA


Date: September 4, 2014                          ___/s/_____

                                                Assistant U.S. Attorney

                                                Jill Thomas


2

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, September 4, 2014, to and including October 7, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (iv), and "delay resulting from the fact that the defendant is mentally incompetent or physically unable to stand trial, pursuant to 18 U.S.C. § 3161(h)(4). It is further ordered that the September 4, 2014, status conference shall be continued to October 7, 2014, at 9:30 a.m.

IT IS SO ORDERED.

DATED: September 4, 2014

/s/ John A. Mendez
_____

Honorable Judge John A. Mendez

United States District Judge

3