1   DWIGHT M. SAMUEL (CA SB# 054486)
     A Professional Corporation
2   117 J Street, Suite 202
     Sacramento, California 95814-2282
3   DwightSamuelAtty@Yahoo.com
     (916) 447-1193
4

5   Attorney for Defendant
     MARIO HERNANDEZ-GARCIA
6

7

8
                        UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11

12   UNITED STATES OF AMERICA,                    No.  12-CR-392 JAM

13              Plaintiff,

           v.                                     **STIPULATION AND ORDER FOR
14                                                 CONTINUANCE OF STATUS
                                                   CONFERENCE**
     MARIO HERNANDEZ-GARCIA,
15
                Defendant.
16

17

18       IT IS HEREBY stipulated between the United States of America through its undersigned

19   counsel, Assistant United States Attorney Jill Thomas, and defendant Mario Hernandez-Garcia

20   through his undersigned counsel Dwight Samuel, that the previously scheduled status conference

21   date of October 7, 2014, be vacated and the matter set for status conference on October 28, 2014 at

22   9:30 am.

23       The reason for this request is that the Court has recieved the certificate of competnecy along

24   with a letter supporting the certification. Counsel has requested discovery from Butner of all raw

25   materials, telephone calls, personel notes. To date counsel has recieved materials but, all raw data

26   from tests are required to be conveyed to my expert but not to me. I conveyed the correct information

27   of my then expert Dr. Chris Heard. Dr. Heard has since died. Subsquently I requested Barbara E.

28

                                                   1

McDermott, Ph.D.to assist me in retesting for IQ test as well as test for competence. Recently an

earthquake in Napa, where Dr. McDermott's office is located, destroyed Dr. McDermott's office. To

date I have not recieved a report from Barbara E. McDermott, Ph.D.

        The parties further agree and stipulate that the time period from the filing of this

stipulation  until October 28, 2014, should be excluded in computing time for commencement of trial

under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv)

and "delay resulting from the fact that the defendant is mentally incompetent or physically unable to

stand trial, pursuant to 18 U.S.C. § 3161(h)(4), to allow continuity of counsel and to allow

reasonable time necessary for effective defense preparation.

       It is further agreed and stipulated that the ends of justice are served in granting the request

and that the continuance outweighs the best interests of the public and the defendant in a speedy trial

in that the continuance will permit counsel to prepare based upon newly anticipated discovery from

persuant to local code T4, preparation of counsel.

       Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

       So stipulated,


Date: October 2, 2014                */s/ Dwight M. Samuel*

                            Dwight M. Samuel

                            Attorney for Defendant

                            MARIO HERNANDEZ-GARCIA


Date: Thursday, October 02, 2014            /s/_____

                            Assistant U.S. Attorney

                            Jill Thomas

1

2                                           **ORDER**

3

4

5          The Court, having received, read, and considered the stipulation of the parties, and good

6    cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court

7    finds that the ends of justice to be served by granting the requested continuance outweigh the best

8    interests of the public and the defendants in a speedy trial.

9          The Court orders that the time from the date of the parties' stipulation, October 7, 2014, to

10   and including October 28, 2014, shall be excluded from computation of time within which the trial of

11   this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and

12   (B) (iv), and "delay resulting from the fact that the defendant is mentally incompetent or physically

13   unable to stand trial, pursuant to 18 U.S.C. § 3161(h)(4). It is further ordered that the October 7,

14

15   2014, status conference shall be continued to October 28, 2014, at 9:30 a.m.

16

17   IT IS SO ORDERED.

18

19

20

     DATED:  10/2/2014

21

22                                                     /s/ John A. Mendez_____

23                                                     Honorable Judge John A. Mendez

24                                                     United States District Court Judge

25

26

27

28

3