DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelAtty@Yahoo.com
(916) 447-1193

Attorney for Defendant
MARIO HERNANDEZ-GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO HERNANDEZ-GARCIA,<br><br>Defendant. | No.  12-CR-392 JAM<br><br>**STIPULATION AND ORDER TO ADVANCE JUDGEMENT AND SENTENCING DATE** |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney Jill Thomas, and defendant Mario Hernandez-Garcia through his undersigned counsel Dwight Samuel, that the previously scheduled judgement and sentencing date of June 16, 2015, be vacated and the matter be advanced to June 9, 2015 at 9:30 am.

The reason for this request is that there  are no objections to the PSR. There are two typos which will be corrected and submitted to the court. These corrections have no bearing upon the recommendation of Probation. Finally, counsel for Mr. Hernandez-Garcia has a conflct with the previously set sentencing date.

It is further agreed and stipulated that the ends of justice are served in granting the request and that the advancement of this matter on calendar is in the best interests of the public and the

1

defendant.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

So stipulated,

Date: May 29, 2015   　　　　 　　  */s/ Dwight M. Samuel*
　　　　　　　　　　　　　　　　　　Dwight M. Samuel
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　MARIO HERNANDEZ-GARCIA


Date: May 29, 2015   　　　　　　　 */s/*_____
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　Jill Thomas


**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court finds that the ends of justice to be served by granting the requested advancement on calendar of judgement and sentencing and is in the best interests of the public and the defendant.

It is ordered that the June 16, 2015 sentencing date be vacated and reset for June 9, 2015 at 9:30 a.m.

IT IS SO ORDERED.


DATED: May 29, 2015

　　　　　　　　　　　　　　　　　　/s/ JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　Honorable Judge John A. Mendez
　　　　　　　　　　　　　　　　　　United States District Judge